United States District Court
Southern District of Texas
**ENTERED**
November 14, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARISSA ZAPIEN, | § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 4:17-CV-02410 |
| TRANS AMERICAN TRUCKING SERVICE, INC., AND FRANSICO MARTINEZ, | § § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

On this day the Court heard the Motion of Carissa Zapien, the Plaintiff in this action, seeking dismissal of this action with prejudice. The Court finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED that this cause is dismissed with prejudice to the rights of the Plaintiff to refile the action or any part of it. All costs of Court herein shall be borne by the party incurring same.

SIGNED this 14 day of November, 2018.

_____
PRESIDING JUDGE